IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**ADRIAN VINSON,**

        Petitioner,

v.                                         Civil Action No. 5:23-CV-92
                                                  Judge Bailey

**WARDEN ROANE,**

        Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On March 10, 2023, the *pro se* petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On the same day, the Clerk issued a Notice of Deficient Pleading, informing petitioner that he must pay the $5.00 filing fee or submit an application to proceed *in forma pauperis* within twenty-one days or his case would be dismissed. Service of the Notice was accepted on March 13, 2023.

To date, forty-two days since service of the Order was accepted, petitioner has not submitted the filing fee or an application to proceed *in forma pauperis*. Accordingly, pursuant to the Federal Rules of Civil Procedure 41(b), it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

DATED: April **24**, 2023.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE